NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EPLUS, INC.,**
*Plaintiff-Cross Appellant,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

---

2011-1396, -1456, -1554

---

Appeals from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

---

## ON MOTION

---

## ORDER

ePlus, Inc. and Lawson Software, Inc. jointly move to consolidate Appeal Nos. 2011-1396, 2011-1456, and 2011-1554, and to set the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. Lawson's principal brief in Appeal No. 2011-1396 is withdrawn, and Lawson's new

principal brief shall be filed on or before October 24, 2011. ePlus's principal and response brief shall be filed on or before December 5, 2011. Lawson's response and reply brief shall be filed on or before January 16, 2012. ePlus's reply brief shall be filed on or before February 2, 2012.

(2) The revised caption is reflected above.

FOR THE COURT

**SEP 16 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Donald R. Dunner, Esq.
     Scott L. Robertson, Esq.

s23

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**SEP 16 2011**

JAN HORBALY
CLERK